BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>        v.<br><br>APPROXIMATELY $40,600.00 IN U.S. CURRENCY,<br><br>              Defendant. | CASE NO.  1:15-CV-00237---SKO<br><br>**REQUEST AND ORDER FOR (1) CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE AND (2) FILING DEADLINE FOR JOINT SCHEDULING REPORT** |

The United States requests that the Court (1) continue the mandatory scheduling conference from May 12, 2015, at 9:45 a.m. to June 30, 2015, at 10:30 a.m. (or to a date the Court deems appropriate), and (2) continue the deadline to file a Joint Scheduling Report ("JSR") from May 5, 2015 to June 23, 2015 (or to a date the Court deems appropriate).  For the reasons set forth below, there is good cause to continue the scheduling conference and the deadline to file the JSR.

### Introduction

On February 12, 2015, the United States filed a civil forfeiture complaint against the above-captioned currency ("Defendant Currency") based on its alleged involvement in federal drug law violations.  All known potential claimants to the Defendant Currency were served in a manner consistent with *Dusenbery v. United States*, 534 U.S. 161, 168

(2002) and the applicable statutory authority.  Additionally, public notice on the official internet government forfeiture site, www.forfeiture.gov, began on February 15, 2015, and ran for thirty consecutive days, as required by Rule G(4)(a)(iv)(C) of Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  A Declaration of Publication was filed on April 8, 2015.

On or about March 30, 2015, the United States sent copies of the Verified Complaint for Forfeiture *In Rem*, Order Re Clerk's Issuance of Arrest Warrant, Warrant of Arrest of Articles *In Rem*, Order Setting Mandatory Scheduling Conference, Order Assigning Sacramento District Judge, Minute Order Setting Telephonic Case Management Conference, Notice of Availability of a Magistrate Judge, Notice of Availability of Voluntary Dispute Resolution, and notice of forfeiture letter dated March 30, 2015, to potential claimant Josue Grajeda ("Grajeda") at his last-known address located at 12756 E. 118th Court, Henderson, CO 80640-9103.  On this same date, the United States sent copies of the above-referenced documents to Ariel Benjamin, the attorney that filed the claim on behalf of Grajeda in the administrative forfeiture action, at 1600 Broadway, Suite 1200, Denver, CO 80202.

**Good Cause**

Grajeda's deadline to file a claim is May 7, 2015, which is two days after the deadline to file the Joint Scheduling Report (JSR), which is due one week before the May 12, 2015, scheduling conference.  Therefore, the United States requests that the scheduling conference be continued to June 30, 2015, at 10:30 a.m. to allow Grajeda to appear in this action and to allow the parties to meet and confer in advance of filing a JSR.  Thus, there is good cause to continue the mandatory scheduling conference and deadline to file a JSR.

Dated: April 22, 2015                    BENJAMIN B. WAGNER
                                         United States Attorney

                                    By:  /s/ Jeffrey A. Spivak
                                         JEFFREY A. SPIVAK
                                         Assistant U.S. Attorney

**ORDER**

Pursuant to the United States' request and good cause appearing:

(1) The mandatory scheduling conference is continued from May 12, 2015, at 9:45 a.m. to June 30, 2015, at 10:30 a.m., and

(2) The deadline to file a Joint Scheduling Report ("JSR") is continued from May 5, 2015, to June 23, 2015.

IT IS SO ORDERED.

Dated:  **April 23, 2015**           /s/ Sheila K. Oberto
                          UNITED STATES MAGISTRATE JUDGE