# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $40,600.00 IN U.S. CURRENCY,<br><br>Defendant.<br>_____/ | Case No.  1:15-cv-00237---SKO<br><br>**ORDER LIFTING STAY**<br><br>**(Doc. 22)** |

Before the Court is Plaintiff's Motion to Lift Stay.  (Doc. 22.)  On June 18, 2015, the Court entered an order staying this case "pending the outcome of the related criminal case" involving Claimant, Josue Grajeda.  (Doc. 19 ¶ 8; *see also id.* ¶ 2 (constituting the stipulated order where the parties state that Claimant faced "criminal charges in Fresno County California in case number F14906072").)

On January 20, 2017, Plaintiff filed the Motion to Lift Stay, in which Plaintiff states that the criminal case involving Claimant "resolved on December 12, 2016." (Doc. 22, Ex. 1 at 2; *see also id.* at 4–5 (constituting a February 12, 2016, minute order from the Superior Court of California, County of Fresno, in which the court provides a disposition for case number F14906072).)  To date, Claimant has not filed an opposition to the Motion to Lift Stay.

As the basis for the stay in this matter has been resolved, the Court LIFTS the stay in this case. The Court further ORDERS that it will hold a scheduling conference for this case on April 6, 2017, at 10:30 a.m.

IT IS SO ORDERED.

Dated:     **February 14, 2017**                    /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE