IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:15-cv-00237---SKO |
| | ) | |
| Plaintiff, | ) | **FINAL JUDGMENT OF FORFEITURE** |
| | ) | |
| v. | ) | |
| | ) | |
| APPROXIMATELY $40,600.00 IN U.S. CURRENCY, | ) ) | |
| | ) | |
| Defendant. | ) ) | |

Pursuant to the Stipulation for Final Judgment of Forfeiture, (Doc. 29, Ex. 1), the Court finds:

1. This is a civil forfeiture action against Defendant Approximately $40,600.00 in U.S. Currency ("Defendant Currency") seized on or about September 11, 2014.

2. A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on February 12, 2015, alleging that said Defendant Currency is subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

3. On March 25, 2015, the Clerk issued a Warrant for Arrest for Defendant Currency. The warrant for Defendant Currency was duly executed on April 2, 2015.

4. Beginning on February 15, 2015, for at least 30 consecutive days, the United States published notice of this action on the official government forfeiture site www.forfeiture.gov. A Declaration of Publication was filed on April 8, 2015.

5. In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals:

    a. Josue Grajeda

b. Ariel Benjamin, attorney

6. On June 5, 2015, Claimant Josue Grajeda filed his verified claim to Defendant Currency. Claimant filed his answer to the Complaint on March 3, 2017. To date, no other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

Based on the above findings and the records of the Court, it is hereby ORDERED AND ADJUDGED:

1. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action. (Doc. 29, Ex. 1.)

2. That judgment is hereby entered against Josue Grajeda, and all other potential claimants.

3. Upon entry of this Final Judgment of Forfeiture, $34,510.00 of Defendant Currency, together with any interest that has accrued on the entirety of the seized Defendant Currency, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

4. Upon entry of this Final Judgment of Forfeiture, but no later than 45 days thereafter, $6,090.00 of the Defendant Currency shall be returned to Claimant through his attorney Harvey A. Steinberg, 1600 Broadway, Suite 1200, Denver, Colorado 80202, telephone (303) 861-2800.

5. The United States of America and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the Defendant Currency. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed. Claimant agrees to waive the provisions of California Civil Code § 1542.

6. Pursuant to the stipulation of the parties, and the allegations set forth in the Complaint filed on February 12, 2015, the Court finds that there was probable cause for the arrest and seizure of Defendant Currency, and for the commencement and prosecution of this forfeiture action, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

7. Each party shall bear his or its own costs and attorney's fees.

8. The U.S. District Court for the Eastern District of California shall retain jurisdiction to

enforce the terms of the Stipulation for Final Judgment of Forfeiture, (Doc. 29, Ex. 1), and this Final Judgment of Forfeiture for no longer than 60 days following entry of this Final Judgment of Forfeiture.

**ORDER**

IT IS SO ORDERED.

Dated: __**May 11, 2017**__  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint filed February 12, 2015, (Doc. 1), and the Stipulation for Final Judgment of Forfeiture filed on May 1, 2017, (Doc. 29, Ex. 1), the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure or arrest of Defendant Currency, and for the commencement and prosecution of this forfeiture action.

**ORDER**

IT IS SO ORDERED.

Dated: __**May 11, 2017**__  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE